USA-153 Consent to Transfer of Case for Plea and Sentence (Under Rule 20)

**JD**

In the United States District Court

for the  SOUTHERN  DISTRICT OF  TEXAS

UNITED STATES OF AMERICA

V.

EVENS CLAUDE

CRIMINAL NUMBER: H-10-481(1)

EDPA  11-cr-90

Consent to Transfer of Case for Plea
and Sentence
(Under Rule 20)

**FILED**

FEB 16 2011

MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

I, EVENS CLAUDE, defendant, have been informed that an (*indictment, information, complaint*) is pending against me in the above designated cause. I wish to plead guilty to the offense charged, to consent to the disposition of the case in the Eastern District of Pennsylvania in which I, will be transferred, (am under arrest, am held) and to waive trial in the above captioned District.

Dated: December 2  20 10 at _____

_____
(Defendant)

_____
(Witness)

_____
(Counsel for Defendants)

_____
(Assistant United States Attorney)

Approved

_____
United States Attorney for the
Southern
_____ District of
Texas

_____
United States Attorney for the
Eastern                  Acting USA 2/11/11
                         First Assistant U.S. Attorney
_____ District of
Pennsylvania

| U.S. Department of Justice | | Rule 20 -- Transfer Notice |
|---|---|---|
| To: Assistant United States Attorney Andrea Foulkes<br>United States Attorney's Office<br>615 Chestnut Street, Suite 1250<br>Philadelphia, PA 19106 | District<br>Eastern District of Pennsylvania | Date<br>12/2/2010 |
| Name of Subject:<br>Evens Claude | Statute Violated<br>18 U.S.C. 371<br>18 U.S.C. 472 | File Data *(Initials and Number)* |

### Part A -- District of Arrest

☐ The above-named subject has been apprehended in this jurisdiction and indicates amenability to Rule 20 disposition of the changes pending against him in your court. Kindly indicate whether you are agreeable to Rule 20 disposition and forward two certified copies of indictment or information if any.

☐ Enclosed is a certified copy of waiver of indictment by defendant. Kindly file criminal information and forward two certified copies thereof.

☐ Enclosed is Consent to Transfer form executed in duplicate (one copy for your files) by defendant and the United States Attorney in the district of arrest. Kindly add your consent and have the Clerk of your district transmit the papers in the proceeding or certified copies thereof to the Clerk of the Court in this district in accordance with the Rule Docket No.

☐ Other *(Specify)*:

☐ The above-named defendant entered a plea of guilty under Rule 20.
   Date of Plea         Date of Sentence         Sentence

| From *(Signature and Title)* | Address |
|---|---|
| | |

### Part B -- District of Offense

☒ I am agreeable to Rule 20 disposition.

☐ I am not agreeable to Rule 20 disposition. Defendant's appearance is desired at
                                                              on                    at                    o'clock

*(Kindly notify me of any anticipated delay)*
☒ Enclosed are two certified copies of indictment or information            Docket No. H-10-481

☐ Please have defendant execute waiver of indictment.

☐ Other *(Specify)*:

| Signature *(Name and Title)*<br>*[signature]* AUSA | District<br>Southern District of Texas | Date<br>December 2, 2010 |
|---|---|---|

See United States Attorneys Manual 9-14.000 for an explanation of procedures under Rules 7 & 20, Federal Rules of Criminal Procedure.
**Replaces OBD-101, Fed. 83 edition may be used**

FORM USA-231
NOV. 85